UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JENNIFER GARLICK,<br>    Plaintiff,<br><br>v.<br><br>CBE GROUP,<br>    Defendant. | C.A. No. 17-cv-417-JJM-LDA |

ORDER

Plaintiff's Motion to Reconsider (ECF No. 32) is DENIED.

This case involves many phone calls allegedly made by the Defendant, a debt collector, to the cell phone used by the Plaintiff's daughter. The Defendant asserts that it was referred a debt collection from the Internal Revenue Service to try to collect a debt from an individual, whose identity it has not revealed, but was not the Plaintiff or her daughter. To reach the debtor, the Defendant employed a location service to identify phone numbers belonging to the debtor. Apparently, one of the phone numbers provided belonged to the phone used by the Plaintiff's daughter.

The Defendant, in response to discovery, produced its logs of all of its calls to the cell phone used by the Plaintiff's daughter. It produced redacted documents that removed the customer's name of the debtor and the activity on the account unrelated to the CBE calls to the Plaintiff's cell phone.

This Court previously ruled that the redaction were proper. The Court has reconsidered those opinions, re-reviewed all the briefing, and again concludes that

the redacted material is not relevant to the Plaintiff's claims or the Defendant's defenses. The redaction of the confidential information about a third party and a non-account holder was appropriate. The identity of an IRS debtor should remain confidential here.

Plaintiff's Motion to Reconsider (ECF No. 32) is DENIED.

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Judge

September 20, 2018